FILED
2010 Feb-08  PM 03:26
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOHN WOODRUFF, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Case No.  2:08-cv-00114-HGD |
| ) | |
| CITY OF TRUSSVILLE, et al., ) | |
| ) | |
| Defendants ) | |

## **FINAL JUDGMENT**

In accordance with the Memorandum Opinion entered contemporaneously herewith and Rule 58 of the Federal Rules of Civil Procedure, it is ORDERED, ADJUDGED and DECREED that the motions for summary judgment filed by defendants Eric Adams, Don Sivley, and the City of Trussville (Docs. #26 & 28) are due to be and hereby are GRANTED with respect to all remaining claims asserted by plaintiff.

It is further ORDERED that the defendant's motion to strike plaintiff's declaration (Doc. #39) is DENIED.  The alleged contradictory statements are either ambiguous or not material.  The defendant's motion to strike certain portions of plaintiff's brief and plaintiff's Exhibits 6 and 8 (Doc. #40) is also DENIED.  While

certainly of questionable relevance, the argument offered in the brief which defendants seek to strike and the evidence offered in the two exhibits had no effect on the court's decision in this case.

    This action is DISMISSED WITH PREJUDICE, costs taxed as paid.

    DONE this 8th day of February, 2010.

                                  HARWELL G. DAVIS, III
                            UNITED STATES MAGISTRATE JUDGE